RECEIVED
MAY 06 2015
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____________ DIVISION

NATHAN MANN
(Enter Above the Name of the Plaintiff in this Action)

vs.

2:15CV1724

DR Richard Costin
(Enter above the name of the Defendant in this Action)

Judge Watson

If there are additional Defendants, please list them:

DOCTOR'S WEST HOSPITAL

MAGISTRATE JUDGE DEAVERS

DR Elliott P Feldman

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

NATHAN MANN
Name - Full Name Please - PRINT

1592 Red Leaf Lane
Street Address

Columbus OH 43223
City, State and Zip Code

(614) 313-6532
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. DR Richard Costin
Name - Full Name Please
5131 Beacon Rd Columbus OH 43228
Address: Street, City, State and Zip Code

2. Doctor's Hospital West
5100 WEST Broad st Columbus OH

3. DR Elliott FELDMAN
3313 MANSION WAY Columbus OH 43221

4. ______

5. ______

6. ______

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

## II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title _____ United States Code, Section _______
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I, Nathan Mann - a patient at Dr Elliott P. Feldman's westland office Went for clotting in groin area. Dr's Diagnosis - Double Hernia Although (strange?), For second opinion was sent to Doctor's West, to see, Dr R. Costin - Diagnosis was double Hernia. No exray's made for clot's or ever mentioned again, same claim exist today.

Leaving Dr's office, Dr Costin said that Surgery would fix everything I'am positive.

Surgery date was made. friends from Church came. My plans were to move after Surgery. Significant other shows up asks - are you still moving - yes I replied, She screamed said, I'am gonna fix you, let me find the doctor.

On stretcher I waited a long time for Surgery. After Surgery at home, Significant other Admitted finding Doctor Costin they were in basement of Hospital (Doctors West) Smokin P.C.P. together,

She also confessed talking to Dr Feldman prior my diagnosis. This is how this plot came up to be a canidate for double hernia Surgery.

The night of Surgery at home, severe pain, surgery area groin Rectal. Forced to bathroom, force of pressure, pushed insides out of Rectum, from, four to six, to eight, to ten Inches, for Forty Five minutes. Serious Pain since

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| ____________ | ____________________ | vs. | ____________________ |
| ____________ | ____________________ | vs. | ____________________ |
| ____________ | ____________________ | vs. | ____________________ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Seeking monetary Damages, Permanent Healthcare to compensate for extremites, physical and Mentally. License of all parties revolked,/challenged in court.

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _____ day of ______________________, 20____.

______________________________
Signature of Plaintiff