**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

Nathan Mann,

vs. Case No. 2:15-cv-1724

Richard Costin, *et al.*, **Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the June 5, 2015 Opinion and Order, the Court ADOPTS the Report and Recommendation and DISMISSES the case without prejudice to filing in state court. The Court DENIES as moot Plaintiff's pending motion for appointment of counsel.

Date: **June 5, 2015** **Richard W. Nagel, Clerk**

s/ Jennifer Kacsor

By Jennifer Kacsor/Courtroom Deputy